**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x  Civil Action No.: CV-05-811 (DLI)(RLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| - against- | § |
| | § |
| PEDRO TAPIA, | § |
| | § |
| Defendant. | § |

-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 27 2005 ★

**BROOKLYN OFFICE**

## DEFAULT JUDGMENT

Because Pedro Tapia failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Pedro Tapia:

**Claim No. C99-05343W**

| | |
|---|---|
| Principal Balance: | $2,047.10 |
| Total Interest Accrued at 9.000%: | $2,994.19 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $5,321.29 |
| Attorney's Fees: | $1,575.00 |
| Total Owed: | $6,896.29 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

June 14, 2005

_____
Dora L. Irizarry
United States District Judge